# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jamie Oliver, | Civil No. 11-2058 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Firstsource Advantage, LLC and Monica Doe, | |
| Defendants. | |

Pursuant to the Notice of Voluntary Dismissal (Doc. No. 2), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits, without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 25, 2011

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge